United States District Court
Southern District of Texas
**ENTERED**
July 13, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM SHARRETT | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:16-CV-3397 |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | |
| COMPANY, JASON PATRICK, AND | § | |
| RYAN A. ADUDDELL | § | (JURY) |
| | § | |
| Defendants. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on **Defendants LIBERTY INSURANCE CORPORATION (incorrectly named as "Liberty Mutual Insurance Company"), JASON PATRICK, and RYAN A. ADUDDELL's,** and **Plaintiff WILLIAM SHARRETT's** Joint Motion for Dismissal With Prejudice. Upon consideration of the Motion, and it appearing same is for good cause and that the claims and causes of action herein have been settled by the parties, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE,** each party to bear their respective costs.

This Order disposes of all claims and all issues by and between the parties and constitutes a final appealable order.

**SO ORDERED.**

Dated: July 13, 2017.

_____
PRESIDING JUDGE

1

**AGREED TO AS TO FORM AND
SUBSTANCE AND ENTRY REQUESTED:**


_/s/  J. Mark Kressenberg_
J. Mark Kressenberg and
Travis Cade Armstrong
Attorneys for Defendants Liberty Insurance
Corporation, Jason Patrick, and
Ryan A. Aduddell



_/s/ Chad T. Wilson_
Chad T. Wilson
Stephen Mengis
Attorney for Plaintiff William Sharrett


2863838v1